ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 11 2000
CLERK, U.S. DISTRICT CO
By ______
D

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MCKINNEY BB, L.P., Plaintiff | § | |
| | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. ______ |
| | § | 3-00CV1762-M |
| U.S. REALTY ADVISORS, LLC, Defendant. | § | |

**NOTICE OF REMOVAL**

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS:

Defendant, U.S. REALTY ADVISORS, LLC, hereby files this Notice of Removal pursuant to 28 U.S.C. §1446(a):

**A. INTRODUCTION**

1. U.S. REALTY ADVISORS, LLC is the Defendant in a civil action filed on July 11, 2000 in the 95th Judicial District Court of Dallas County, Texas, entitled *McKinney BB, L.P. v. U.S. Realty Advisors, LLC.*

2. Citation and Petition were served on the Texas Secretary of State on July 18, 2000. A copy of the plaintiff's petition for declaratory judgment setting forth the claim for relief upon which the action is based was first received by the Defendant on or about July 20, 2000.

3. This action is a civil action for a declaratory judgment alleging that Defendant is not entitled to any fees, and may not bring or maintain an action to collect compensation for the performance of services, under its contract with Plaintiff.

## B. BASIS FOR REMOVAL

4. Complete diversity of citizenship exists between the parties, and the amount in controversy exceeds $75,000, exclusive of interest, costs, and attorney's fees. 28 U.S.C. §1332(a).

5. At the time the state action was commenced, Plaintiff, U.S. MCKINNEY BB, L.P., was a limited partnership organized and existing under the laws of the State of Texas, having its principal place of business in Dallas, Texas. Defendant, U.S. REALTY ADVISORS, LLC, is now and at the time the state action was commenced a limited liability corporation organized and existing under the laws of the State of New York with its principal place of business in New York State, New York County. Defendant is not a citizen of the state in which the action was brought.

6. Venue is proper in this District under 28 U.S.C. §1441(a) because this District and Division embrace the place in which the removed action has been pending.

7. Copies of all process, pleadings and orders served upon Defendant are filed with this notice.

8. Defendant will give written notice of the filing of this notice as required by 28 U.S.C. § 1446(d).

9. A copy of this notice will be filed with the clerk of the District Court, Dallas County Texas, 95th Judicial District as required by 28 U.S.C. § 1446(d).

## C. CONCLUSION

10. U.S. REALTY ADVISORS, LLC, the Defendant, in accordance with 28 U.S.C. §§1332 and 1441, removes this action for trial from the 95th Judicial District Court to this Court on the 11th day of August, 2000.

Respectfully submitted,

By: ______________________
Susan Abbott Schwartz
State Bar No. 00797900
Michael B. Gerstle
State Bar No. 00787528

HENSLEE, FOWLER, HEPWORTH
& SCHWARTZ, P.L.L.C.
6688 North Central Expressway
Suite 850
Dallas, Texas 75206
(214) 219-8833
(214) 219-8866

ATTORNEYS FOR DEFENDANT U.S.
REALTY ADVISORS, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of August, 2000, a true and correct copy of the foregoing document was forwarded via certified mail, return receipt requested to:

Elizabeth E. Mack
Locke Liddell & Sapp LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201

______________________
Michael B. Gerstle

F:\Common\usrealty\notice of filing notice doc