**United States District Court**
**Northern District of Texas**
**Office of the Clerk**

*1100 Commerce Room 14A20*
*Dallas, Texas 75242-1003*

November 16, 2001

Mr. Charles R. Fulbruge III, Clerk
U.S. Court of Appeals - Fifth Circuit
600 Camp Street, Room 102
New Orleans, LA 70130

SUBJECT: 3:00cv1762-M; McKinney BB v. US Realty Advisors

Dear Mr. Fulbruge:

In connection with the appeal cited above, the following documents are transmitted:

X Certified copy of the notice of appeal and docket entries
___ Certified copy of the notice of cross-appeal and docket entries
___ Record on appeal consisting of volume(s) of the record;
- ___ Volume(s) of the transcript ___ Volume(s) of depositions.
- ___ Container(s) of exhibits ___ Folder(s) of State Court Papers
- ___ Sealed documents ___ Audio Visual Tapes

___ Supplemental record, including updated docket entries
___ Other:

In regard to the notice of appeal, the following additional information is furnished:

X The Court of Appeals docket fee has been paid
___ This case is proceeding *in forma pauperis*
___ Although the Court of Appeals docket fee was not paid at the time the notice of appeal was filed, it was paid on:
___ This case proceeded pursuant to 28 U.S.C. §1915 of the Prison Litigation Reform Act.
X The presiding Judge is: Judge Lynn
X The court reporter assigned to this case is: Sue Engledow
___ This case was decided without a hearing, therefore there will be no transcript
___ UPS Tracking #:

Sincerely,
KAREN MITCHELL
*Clerk of Court*

By: [signature]
J. Ross
*Deputy Clerk*

Received By: ___________________
cc: Attorneys of record

ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
15 2001
CLERK, U.S. DISTRICT COURT
By ______ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **MCKINNEY BB, L.P.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| **v.** | § | **CIVIL ACTION NO. 3-OOCV1762-M** |
| **U.S. REALTY ADVISORS, L.L.C.,** | § | |
| | § | |
| **Defendant.** | § | |

**DEFENDANTS U.S. REALTY ADVISORS, L.L.C. AND RH SERVICES, INC.'S NOTICE OF APPEAL**

U.S.D.C. 16 2001 ENTERED

TO: Clerk of the Court
United States District Court
Northern District of Texas, Dallas Division

Notice is hereby given that, pursuant to Rule 4(b) of the Federal Rules of Appellate Procedure, Defendants U.S. Realty Advisors, LLC ["US Realty"] and RH Services, Inc. ["RH Services"] hereby appeal to the United States Court of Appeals for the Fifth Circuit from the final Judgment of the United States District Court, Northern District of Texas, Dallas Division (Lynn, J.), entered the 24th day of October, 2001, which granted the plaintiff's Motion for Summary Judgment and declared the Advisor Contract between the parties unenforceable, and denied the Defendants' cross-motion for partial summary judgment on the unjust enrichment counterclaim. Defendants US Realty and RH Services appeal from each and every portion of said Judgment, including but not limited to the choice of law determination, the construction of New York law, and the application of the Texas Statute of Frauds and Administrative Code.



55

Respectfully Submitted,

Nancy Ledy-Gurren (2186)
Ledy-Gurren & Blumenstock, LLP
Attorneys for All Defendants
475 Park Avenue South
(212) 447-1111 (Telephone)
(212) 447-6686 (Facsimile)

Susan Abbott Schwartz
Michael Gerstle
Henslee, Fowler, Hepworth & Schwartz, LLP
6688 North Central Expressway
Suite 850
Dallas, Texas 75206

**CERTIFICATE OF SERVICE**

I hereby certify that an original and three (3) true and correct copies of the Notice of Appeal was served upon the Clerk of the United States District Court, Northern District of Texas, Dallas Division, for filing, by Federal Express Overnight Delivery on the 14th day of November, 2001.

Nancy Ledy-Gurren